1

2

**The Honorable Ricardo S. Martinez**

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

8

**FOR THE WESTERN DISTRICT OF WASHINGTON**

9

**AT SEATTLE**

10

JOHN THEISS,

No. 2:19-cv-01682 RSM

11

Plaintiff,

**STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DATES**

12

vs.

13

SAN JUAN CONSTRUCTION, INC., a Colorado corporation,

**NOTE ON MOTION CALENDAR:**
September 29, 2020

14

15

Defendant.

16

17

18

**I.  INTRODUCTION AND RELIEF REQUESTED**

19

The Parties, by and through their attorneys of record, hereby submit this Stipulated Motion

20

to Continue Trial Date and Related Pretrial Deadlines.  The Parties jointly request an Order

21

continuing the current April 19, 2021 trial date until July 19, 2021, or as close a date thereto as the

22

Court's schedule permits.  The Parties additionally request that all pretrial deadlines be extended

23

as set forth below.  This is the first request for a continuance of trial in this case, and is requested

24

for good cause as set forth below.

25

26

OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## II.  STATEMENT OF FACTS

**1.    Basis for Continuance**

After the Court denied Defendant's motion to transfer venue, the Parties engaged in extended settlement discussions and scheduled a mediation to be conducted in early Spring 2020 in Seattle.  With the onset of the COVID-19 pandemic, the mediation was postponed by Defendant with the hope that the pandemic would be sufficiently brief to allow an in-person mediation and related travel.  The Parties have now returned to the negotiating table, and have rescheduled their mediation, which is to be conducted by Judge William Downing (Ret.) in October or November. Both Parties believe the prospects for settlement will be enhanced if neither side is first compelled to incur the expense and other burdens associated with discovery.  The Parties have therefore provisionally agreed to delay conducting discovery until after the mediation has been conducted. However, if the mediation is not successful, the Parties believe that each will be unable to timely complete discovery and prepare for the trial that is currently scheduled for April 2021.  Moreover, the Parties are mindful that the Court is itself challenged by the COVID-19 pandemic, and that it is unlikely a civil trial can be conducted in April 2021 in any event.  The Parties therefore believe the interests of justice and judicial economy are best served by delaying the trial date by approximately 90 days, and by otherwise facilitating the Parties' efforts to resolve their dispute by mediation and without further burdening the Court.  The Parties therefore join in respectfully asking the Court to postpone the April 2021 bench trial date and all associated litigation calendar deadlines by approximately 90 days as set forth in the proposed schedule below.  The parties believe and ask the Court to find that such a delay is in the interest of justice and is being sought for good cause.

The Parties have not previously asked the Court for any extension or modification to the

STIPULATED MOTION TO CONTINUE
TRIAL DATE AND RELATED PRETRIAL
DATES - 2
(No. 2:19-cv-01682 RSM)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058

trial calendar in this matter, and are confident that no further delay will be required or requested.

**2.    Request for Continuance**

Based on the facts and circumstances described above, the Parties, through their respective counsel of record, hereby move the Court for an order as follows:

The trial date and related pre-trial deadlines shall be extended as set forth below:

| Deadline | Current Date | Proposed New Date |
| --- | --- | --- |
| Disclosure of expert testimony | October 21, 2020 | January 19, 2021 |
| Deadline for filing motions related to discovery | November 20, 2020 | February 18, 2021 |
| Discovery completed by | December 21, 2020 | March 21, 2021 |
| Dispositive motions deadline | January 19, 2021 | April 19, 2021 |
| Mediation per LCR 39.1 | March 5, 2021 | June 3, 2021 |
| Motion in limine deadline | March 22, 2021 | June 20, 2021 |
| Agreed pretrial order due | April 7, 2021 | July 6, 2021 |
| Trial briefs/proposed findings and conclusions/trial exhibits | April 14, 2021 | July 13, 2021 |
| Trial Date | April 19, 2021 | July19, 2021 |

**I.    LEGAL AUTHORITY**

Under Fed.R.Civ.P. 16, the case schedule may be extended where good cause exists and the delay is not caused by the carelessness or less than reasonably diligent action by moving counsel. *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604 (9th Cir. 1992). Here, the Parties were actively litigating this matter until they mutually agreed to a time-out solely as a result of the COVID-19 pandemic. If not for the pandemic, the parties would either have settled this case in April 2020 or would immediately have conducted discovery if the mediation did not result in a

STIPULATED MOTION TO CONTINUE
TRIAL DATE AND RELATED PRETRIAL
DATES - 3
(No. 2:19-cv-01682 RSM)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058

settlement.  The Parties are now ready to return their attentions to this matter, but desire additional

time in which to determine whether a negotiated settlement may relieve the Parties and the Court

from further expense and burdens associated with continued litigation.

## II.    CONCLUSION

For the above reasons, the Parties jointly request that the Court continue the trial date to

July 19, 2021 or as soon thereafter as the Court has available, and to continue the related pre-trial

deadlines as set forth above.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


ARETE LAW GROUP PLLC

*/s/ Denise L. Ashbaugh*
Denise L. Ashbaugh, WSBA No. 28512
Jonah O. Harrison, WSBA No. 34576
Arete Law Group PLLC
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: 206-428-3250
Fax: 206-428-3251
Email: jharrison@aretelaw.com
        dashbaugh@aretelaw.com

*Attorneys for Plaintiff*

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

*/s/ Laurence A. Shapero*
Laurence A. Shapero, WSBA No. 31301
Ogletree, Deakins, Nash, Smoak & Stewart,
P.C.
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Phone: 206-693-7057
Fax: 206-693-7058
Email: laurence.shapero@ogletree.com

Michelle B. Muhleisen*, Pro Hac Vice*
Ogletree, Deakins, Nash, Smoak & Stewart
2000 South Colorado Boulevard
Tower Three, Suite 900
Denver, CO 80222
Phone: 303-764-6825
Email: michelle.muhleisen@ogletree.com

*Attorneys for Defendant*

STIPULATED MOTION TO CONTINUE
TRIAL DATE AND RELATED PRETRIAL
DATES - 4
(No. 2:19-cv-01682 RSM)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058

1

**<u>ORDER</u>**

Pursuant to the above stipulation, it is hereby ORDERED that:

1.  The Stipulation for a trial continuance is GRANTED.

2.  The trial in this matter shall be set for July19, 2021.

3.  The following case schedule deadlines are continued as follows:

| Deadline | Current Date | Proposed New Date |
| --- | --- | --- |
| Disclosure of expert testimony | October 21, 2020 | January 19, 2021 |
| Deadline for filing motions related to discovery | November 20, 2020 | February 18, 2021 |
| Discovery completed by | December 21, 2020 | March 21, 2021 |
| Dispositive motions deadline | January 19, 2021 | April 19, 2021 |
| Mediation per LCR 39.1 | March 5, 2021 | June 3, 2021 |
| Motion in limine deadline | March 22, 2021 | June 20, 2021 |
| Agreed pretrial order due | April 7, 2021 | July 6, 2021 |
| Trial briefs/proposed findings and conclusions/trial exhibits | April 14, 2021 | July 13, 2021 |
| Trial Date | April 19, 2021 | July19, 2021 |

IT IS SO ORDERED

DATED this 30th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO CONTINUE
TRIAL DATE AND RELATED PRETRIAL
DATES - 5
(No. 2:19-cv-01682 RSM)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2020 I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered on the CM/ECF system.  All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

/s/Denise A. Campbell
Denise A. Campbell, Practice Assistant

44344983.1

44400980.1

STIPULATED MOTION TO CONTINUE
TRIAL DATE AND RELATED PRETRIAL
DATES - 6
(No. 2:19-cv-01682 RSM)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058