The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN THEISS,<br><br>                              Plaintiff,<br><br>v.<br><br>SAN JUAN CONSTRUCTION, INC., a Colorado Corporation,<br><br>                              Defendant. | No. 2:19-cv-01682 RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## **STIPULATION**

It is hereby stipulated by the parties to this action, by and through their undersigned attorneys, that all claims shall be dismissed with prejudice and without costs to any party.

DATED this 23rd day of December, 2020

**ARETE LAW GROUP PLLC**

By: *s/ Denise L. Ashbaugh*
Denise L. Ashbaugh, WSBA No. 28512
Jonah O. Harrison, WSBA No. 34576
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Email: dashbaugh@aretelaw.com
         jharrison@aretelaw.com

*Attorneys for Plaintiff John Theiss*

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: *s/ Laurence A. Shapero*
Laurence A. Shapero, WSBA No. 31301
Ogletree, Deakins, Nash, Smoak & Stewart
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Phone: (206) 693-7057
Email: (206) 693-7057

Michelle B. Muhleisen, *Pro Hac Vice*
Ogletree, Deakins, Nash, Smoak & Stewart
2000 South Colorado Boulevard

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
No. 2:19-cv-01682 RSM - Page 1



Arête Law Group
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

Tower Three, Suite 900
Denver, Colorado 80222
Phone: (303) 764-6825
Email: michelle.muhleisen@ogletree.com

*Attorneys for San Juan Construction*

## ORDER

THIS MATTER having come before this Court upon the foregoing stipulation of the Plaintiff John Theiss and Defendant San Juan Construction, Inc. it is hereby ORDERED that all claims are hereby dismissed with prejudice and without costs to either party.

DATED this 23rd day of December, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DATED: December 23, 2020.

| **ARETE LAW GROUP PLLC** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
|---|---|
| By: */s/ Denise L. Ashbaugh*<br>Denise L. Ashbaugh, WSBA No. 28512<br>Jonah O. Harrison, WSBA No. 34576<br>Arete Law Group PLLC<br>1218 Third Avenue, Suite 2100<br>Seattle, Washington 98101<br>Phone: (206) 428-3250<br>Email: jharrison@aretelaw.com<br>       dashbaugh@aretelaw.com | By: */s/ Laurence A. Shapero*<br>Laurence A. Shapero, WSBA No. 31301<br>Ogletree, Deakins, Nash, Smoak & Stewart<br>1201 Third Avenue, Suite 5150<br>Seattle, Washington 98101<br>Phone: (206) 693-7057<br>Email: laurence.shapero@ogletree.com<br><br>Michelle B. Muhleisen, *Pro Hac Vice*<br>Ogletree, Deakins, Nash, Smoak & Stewart<br>2000 South Colorado Boulevard<br>Tower Three, Suite 900<br>Denver, Colorado 80222<br>Phone: (303) 764-6825<br>Email: michelle.muhleisen@ogletree.com |
| *Attorneys for John Theiss* | *Attorneys for San Juan Construction* |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
No. 2:19-cv-01682 RSM - Page 2

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250